## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

PENNSYLVANIA LUMBERMENS MUTUAL
INSURANCE COMPANY,

      Plaintiff,

v.

RSTART LLC d/b/a PLANET ROOFING
& SOLAR,

      Defendant.

---

## COMPLAINT AND JURY DEMAND

---

NOW COMES Plaintiff, Pennsylvania Lumbermens Mutual Insurance Company ("PLM"), by and through its attorneys, Foran Glennon Palandech Ponzi & Rudloff PC, and for its Complaint against Defendant Rstart LLC d/b/a Planet Roofing & Solar ("Planet Roofing"), states as follows:

### THE PARTIES

1.      Plaintiff PLM is a Pennsylvania corporation in the business of, among other things, issuing policies of insurance with its principal place of business located at One Commerce Square 2005, Market Street, Philadelphia, Philadelphia County, Pennsylvania.

2.      Defendant Planet Roofing is a Colorado limited liability company in the roofing and construction business with its principal place of business located at 1695 W. Sheri Lane, Littleton, Colorado. Planet Roofing's sole member is Jess Charles Driggers who is a Colorado resident residing at 9611 Kings Mill Lane, Lone Tree, Colorado.

## JURISDICTION

3.      The Court has diversity jurisdiction over this lawsuit under 28 U.S.C § 1332(a)(1)

because complete diversity of citizenship exists, and the amount in controversy exceeds

$75,000.00, exclusive of interest and costs.

## VENUE

4.      Venue is proper in this District under 28 U.S.C. §1391 because a substantial part

of the events or omissions giving rise to the claim occurred within this District and because the

property that is the subject of this action is situated in this District.

## BACKGROUND

5.      Gulfside Supply, Inc. d/b/a Gulfeagle Supply ("Gulfeagle Supply") is a Florida

based distributor of residential and commercial roofing and building materials.  At all times

relevant, PLM insured Gulfeagle Supply under commercial general liability insurance policy

number 09-G063-03-18.

6.      On or about October 1, 2014, Planet Roofing entered into a contract with Gulfeagle

Supply for the ongoing purchase and supply of roofing and construction materials (the "Contract").

A true and correct copy of the Contract is attached hereto and incorporated herein as Exhibit A.

7.      At all times relevant, Planet Roofing was the general contractor for a re-roofing

project at the Maplewood Apartments in Lakewood Colorado.

8.     Prior to June 16, 2017, Planet Roofing ordered shingles and decking material from Gulfeagle Supply for delivery to the Maplewood Apartments.

9.     On June 16, 2017, Gulfeagle Supply delivered shingles and decking material to Planet Roofing at the Maplewood Apartments and stacked the shingles on the roofs of the apartment buildings at the direction of Planet Roofing.

10.     On June 19, 2017, roofs on two of the apartment buildings collapsed.  Thereafter, on November 30, 2017, PLM executed a release with the Maplewood Apartments property insurer, Seneca Insurance, to settle Seneca Insurance's subrogation claim for $508,000.  Planet Roofing was notified of the loss and Seneca Insurance's claim immediately, and Planet Roofing denied any responsibility for the roofs collapsing and refused to participate in or contribute in any way to the settlement of Seneca Insurance's claim and refused to indemnify PLM and its insured Gulfeagle Supply.

11.     At all times relevant and pursuant to Colorado law, the payment referenced in paragraph 11 above, and the policy of insurance with Gulfeagle Supply, PLM is subrogated to the rights of its insured Gulfeagle Supply.

## COUNT I – Breach of Contract - Indemnity

12.     Plaintiff re-alleges and re-adopts paragraphs 1 thru 11 above as though set forth fully herein as paragraphs 1 thru 11 of Count I.

13.     Pursuant to the Contract, Planet Roofing agreed to indemnify Gulfeagle Supply for any loss or damages from the roofs collapsing that were caused by negligence on the part of Planet Roofing. (*See* Exhibit A, par. 16).

14.     At all times relevant, Gulfeagle Supply was not in breach nor did it cause any breach of the Contract.

15.     On and prior to June 19, 2017, Planet Roofing caused or contributed to causing the collapse of the roofs at the Maplewood Apartments by

a.     failing to properly supervise the delivery and placement of the roofing shingles and decking materials;

b.     failing to properly evaluate the roofs for delivery and placement of the roofing shingles and decking materials;

c.     failing to act properly after delivery of the roofing shingles and decking materials to prevent the collapse of the roofs; and/or

d.     being otherwise negligent in the handling of materials during the performance of its re-roofing work.

16.     On and after June 19, 2017, Planet Roofing breached the Contract by refusing to participate in or contribute in any way to the settlement of Seneca Insurance's claim and refusing to indemnify PLM and its insured Gulfeagle Supply for damages caused by Planet Roofing's negligence.

17.     As a direct and proximate result of one or more of the foregoing breaches, PLM sustained damages of up to approximately $508,000.00.

WHEREFORE, Plaintiff, Pennsylvania Lumbermens Mutual Insurance Company, respectfully requests judgment in its favor and against Defendant Rstart LLC d/b/a Planet Roofing & Solar, for the pro rata amount of the $508,000.00 attributable to Defendant's negligence, plus attorneys' fees, expenses and interest pursuant to Paragraph 16 of the Contract, and any further relief deemed appropriate by the Court.

## COUNT II – Contribution

18.     Plaintiff re-alleges and re-adopts paragraphs 1 thru 11 above as though set forth fully herein as paragraphs 1 thru 17 of Count II.

19.     On and prior to June 19, 2017, Planet Roofing caused or contributed to causing the collapse of the roofs at the Maplewood Apartments by

    a.     failing to properly supervise the delivery and placement of the roofing shingles and decking materials;

    b.     failing to properly evaluate the roofs for delivery and placement of the roofing shingles and decking materials;

    c.     failing to act properly after delivery of the roofing shingles and decking materials to prevent the collapse of the roofs; and/or

    d.     being otherwise negligent in the handling of materials during the performance of its re-roofing work.

20.     As a direct and proximate result of one or more of the foregoing acts or omissions, PLM sustained damages of up to approximately $508,000.00.

21.     Pursuant to C.R.S. 13-50.5-102.1, PLM is entitled to contribution from Planet Roofing for the pro rata amount of the $508,000.00 attributable to Planet Roofing's negligence.

WHEREFORE, Plaintiff, Pennsylvania Lumbermens Mutual Insurance Company, respectfully requests judgment in its favor and against Defendant Rstart LLC d/b/a Planet Roofing & Solar, for the pro rata amount of the $508,000.00 attributable to Defendant's negligence, plus attorneys' fees, expenses and interest pursuant to Paragraph 16 of the Contract, and any further relief deemed appropriate by the Court.

Plaintiff demands trial by jury.

Dated this 26th day of February, 2018.

Respectfully Submitted,

*/s/Steven C. Swanson*
Steven C. Swanson
Foran Glennon Palandech Ponzi & Rudloff PC
1600 Broadway, #2425
Denver, Colorado 80202
Phone: 720-336-2230
Email: swanson@fgppr.com
*Attorneys for Plaintiff*